# Third District Court of Appeal

**State of Florida**

Opinion filed August 27, 2014.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D14-376
Lower Tribunal No. 10-32188
_____

**Anthony P. Ledea,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Nushin G. Sayfie, Judge.

Anthony P. Ledea, in proper person.

Pamela Jo Bondi, Attorney General, Jill D. Kramer, Assistant Attorney General, for appellee.

Before ROTHENBERG, LAGOA, and LOGUE, JJ.

LAGOA, J.

Anthony P. Ledea appeals an order denying his Motion to Mitigate, Modify

or Reduce Sentence filed pursuant to Florida Rule of Criminal Procedure 3.800(c).

Such an order, however, is not appealable. See Smith v. State, 4 So. 3d 1254 (Fla. 3d DCA 2009); Lusskin v. State, 717 So. 2d 1076 (Fla. 4th DCA 1998). Accordingly, the appeal is dismissed.